PROB 12C
(06/15)

# UNITED STATES DISTRICT COURT
## for the
## SOUTHERN DISTRICT OF TEXAS

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender:    Gonzalo Ramirez-Olivarez            Case Number:    1:18-PO-05352

Name of Sentencing Judge:    The Honorable U.S. Magistrate Judge Ignacio Torteya, III

Date of Original Sentence:    November 8, 2018

Original Offense:    Illegal Entry Into the United States, in violation of title 8 U.S.C. § 1325(a)(1)

Original Sentence:    One (1) year probation

Type of Supervision:    Probation            Supervision Started:    November 8, 2018

Supervision Expires:    November 7, 2019

Assistant U.S. Attorney:    Israel Cano            Defense Attorney:    Hector Casas

Maximum Penalty Upon Revocation:    **6 MONTHS CUSTORY OF THE U.S. BUREAU OF PRISON, PURSUANT TO 18 U.S.C. § 3565**

---

### EARLIER COURT ACTION

None.

---

### PETITIONING THE COURT

To issue a warrant and set a Revocation Hearing to show cause why Probation should not be revoked.

The probation officer believes that the offender has violated the following conditions of supervision:

TRUE COPY I CERTIFY
ATTEST
DAVID J BRADLEY Clerk of Court
By [signature]
Deputy Clerk

**Ramirez-Olivarez, Gonzalo**
Dkt. No. 1:18-PO-05352
Page 2

| **Violation Number** | **Nature of Noncompliance** |

      1      **Special Condition: Shall not commit another federal, state, or local crime**

**Details:** On or about October 29, 2019, Gonzalo Ramirez-Olivarez, committed the offense of Alien in the United States After Deportation, in violation of Title 8 U.S.C. § 1326, as alleged in Criminal Docket No.: 2:19-MJ-0609-JTR, in the United States District Court, Eastern District of Washington - Spokane Division.

On or about October 29, 2019, United States Bureau of Customs and Border Protection (CBP) agents encountered and arrested Gonzalo Ramirez-Olivarez in Spokane, Washington. Mr. Ramirez-Olivarez was encountered at the Spokane Intermodal Center Bus Station. When questioned about his citizenship Mr. Gonzalo Ramirez-Olivarez admitted being a citizen of Mexico who did not have any legal documents to enter or remain in the United States. An immigration investigation revealed that the defendant was convicted and sentenced for the offense of Illegal Entry in the United States in Dkt. No.: 1:18-po-05352. He was subsequently deported to Mexico through the Brownsville, Texas Port of Entry on November 8, 2018. The re-entry was without the consent of the Attorney General or the Secretary of Homeland Security of the United States.

      2      **Special Condition: No unlawful returns to the United States**

**Details:** On October 29, 2019, CBP agents encountered and arrested Mr. Ramirez-Olivarez in Spokane, Washington. When questioned about his citizenship, Mr. Ramirez-Olivarez stated he was a citizen of Mexico illegally present in the United States. Mr. Ramirez-Olivarez was previously sentenced on November 8, 2018, to one (1) year probation without supervision. As a special condition of the supervised release term, he was ordered not to re-enter the United States illegally. He was deported from the United States to Mexico on or about November 8, 2018. The re-entry was without the consent of the Attorney General or the Secretary of Homeland Security of the United States.

Ramirez-Olivarez, Gonzalo
Dkt. No. 1:18-PO-05352
Page 3

## U.S. Probation Officer Recommendation:

☐    To extend the term of supervision for ___ years, for a total of ___ years.

☒    To Revoke

Approved:

I declare under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.

Respectfully submitted,

By:

_____
Mariano Marroquin, Supervising
United States Probation Officer
November 4, 2019

_____
Elizabeth Castillo
United States Probation Officer
Pacts No. 6627193

RE:    **GONZALO RAMIREZ-OLIVAREZ**
Dkt.No.: 1:18-PO-05352
Page 4

---

THE COURT ORDERS:

[ ]   No Action

[ ]   The Issuance of a Summons for a hearing to be held on _____ at _____.

[ ]   The Issuance of a Warrant, and a bond of $_____ cash/surety with supervision as directed by the Probation Officer as a condition of said bond. Furthermore, that a revocation hearing be set to show cause why Probation/Supervised Release should not be revoked.

[ ]   The Issuance of a Warrant, and no bond be set. Further, that a revocation hearing be set to show cause why Probation/Supervised Release should not be revoked.

[✓]   The Issuance of a Violator's Warrant and no bond be set and that a revocation hearing to show cause why supervision should not be revoked be held at the time of disposition of the charge in Criminal Docket 2:19-MJ-0609-JTR in U.S. District Court in the Eastern District of Washington, Spokane Division.

[ ]   Other:


_____
Ignacio Torteya, III
United States Magistrate Judge

_11/04/2019_____
Date